```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2

3  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7
   Attorney for Defendant
8  GUADALUPE CARRILLO-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-0462 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| | ) |
| GUADALUPE CARRILLO-HERNANDEZ, | ) Date: November 3, 2011 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's November 3 calendar, at the request of the defense, and that it be continued until November 10, 2011, at 9:00 a.m., for hearing on objections to the Presentence Report and for judgment and sentence.

**IT IS FURTHER STIPULATED** that provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq. are not implicated by this post-plea request for a continuance.

Dated: October 31, 2011   /S/ *Michele M. Beckwith*
Michele M. Beckwith
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 31, 2011   /S/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
GUADALUPE CARRILLO-HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE